Dismissed and Opinion filed August 29, 2002









Dismissed and Opinion filed August 29, 2002.




 
 
 
  
 
 
 




 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00771-CV

____________

 

DUC
HUYNH, DINA DUONG, AND HENRY DUONG D/B/A PRO NAILS, Appellants

 

V.

 

TRINH
PHAN D/B/A PRO-NAILS, Appellee

 



 

On Appeal from the 85th District Court

Brazos
County, Texas

Trial Court Cause No. 02-001144-CV-85

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed June 25, 2002.  

On August 21, 2002, appellants filed a motion to dismiss
because they no longer desire to prosecute the appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted. 

Accordingly, the appeal is ordered dismissed.  

PER
CURIAM

Judgment rendered and Opinion filed
August 29, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).